| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, COLORADO<br>Court Address: 506 East Main Street, Aspen, CO 81611<br>(970) 925-7635<br><br>R. CHRIS LUX, Plaintiff,<br>v.<br>GREAT NORTHERN INSURANCE CO., a Minnesota corporation, Defendant.<br><br>Attorney:<br>Richard Y. Neiley, Jr.<br>Neiley & Alder, Attorneys<br>6800 Highway 82, Suite 1<br>Glenwood Springs, Colorado 81601<br>Telephone No.: (970) 928-9393<br>Fax No.: (970) 928-9399<br>E-mail: aspenlaw@neileyalder.com<br>Atty. Reg. #: 9878 | FILED Document<br>CO Pitkin County District Court 9th JD<br>Filing Date: Sep 26 2012 02:04PM MDT<br>Filing ID: 46662827<br>Review Clerk: Carolyn Jemison<br><br>▲ COURT USE ONLY ▲<br><br>Case Number: 2012 CV 87<br>Div: ____ Courtroom: ____ |

## AMENDED COMPLAINT

Plaintiff R. Chris Lux, by and through his attorneys Neiley & Alder, for his Complaint in the above-captioned matter, state and alleges as follows:

1. Plaintiff is a natural person with an address of Rembrant Charms, 370 South Youngs Road, Buffalo, NY 14221.

2. Defendant Great Northern Insurance Co. is a Minnesota corporation with an address of One Indiana Square, Suite 1350, 211 North Pennsylvania Street, Indianapolis, IN 46204.

3. Plaintiff is the owner of certain real property located in Pitkin County, Colorado, with an address of 739 Edgewood Lane, Snowmass Village, Colorado 81615, which is improved with a single-family residence (hereinafter the "Snowmass Village Residence").

4. Defendant is a Minnesota corporation engaged in the business of selling homeowners insurance policies in the State of Colorado.

5. On or about February 4, 2007, Plaintiff purchased from Defendant a Chubb Masterpiece Homeowners Insurance Policy, policy no. 12859339-01, providing coverage against loss or damage in connection with the Snowmass Village Residence for a twelve (12) month term.



EXHIBIT B

DISTRICT COURT, PITKIN COUNTY, COLORADO
*R. Chris Lux v. Great Northern Insurance Co. and Chubb Group of Insurance Companies*
Case No. 2012 CV 87
**AMENDED COMPLAINT**

6. Because Defendant regularly conducts business in the State of Colorado, the Courts of Colorado have jurisdiction over Defendant in this action pursuant to C.R.S. §13-1-124(a).

7. Because the real property for which the insurance policy was issued by Defendant is located in Pitkin County, Colorado, and the damages complained of herein were incurred in Pitkin County, Colorado, venue is proper in the District Court of Pitkin County, Colorado.

8. On or about January 6, 2008, Plaintiff's Snowmass Village Residence suffered damages and a covered loss resulting from leaks of water into the bedrooms and other areas on the lower level of the house.

9. On May 12, 2008, Defendant through its authorized representative Chubb Group of Insurance Companies acknowledged the Plaintiff's claim with respect to the damage to his Snowmass Village Residence and confirmed Defendant's obligation to provide insurance coverage in connection therewith.

10. On or about June 11, 2008, Defendant through its representative Chubb Group of Insurance Companies made a preliminary and partial payment to Plaintiff under the insurance policy in the amount of $142,160.72, based in large part on preliminary estimates of repair costs.

11. At the time of the June 11, 2008 partial payment, repair work was underway but neither Plaintiff nor Defendant was aware of the full scope, duration and cost of the remedial work or of the total damages suffered by Plaintiff.

12. When Defendant issued the July 11, 2008 partial payment, it invited Plaintiff to submit additional information regarding the loss for consideration of coverage.

13. On or about April 1, 2009, after the remedial work to the Snowmass Village Residence had been completed, Plaintiff did resubmit its claim for coverage for the costs of the remedial work and for other coverage under the insurance policy totaling an additional $91,860.80 in damages that should have been covered under the insurance policy.

14. On or about April 7, 2009, Defendant, through its representative Chubb Group of Insurance Companies, issued a letter in which it rejected and denied Plaintiff's supplemented and re-submitted claim and denied coverage.

15. Plaintiff was entitled to receive payment for damages to his Snowmass Village Residence of at least an additional $91,860.80 based upon his re-submitted claim of April 1, 2009, and for additional coverage due under the insurance policy in amounts to be established at trial.

2

DISTRICT COURT, PITKIN COUNTY, COLORADO
*R. Chris Lux v. Great Northern Insurance Co. and Chubb Group of Insurance Companies*
Case No. 2012 CV 87
**AMENDED COMPLAINT**

16. Defendant's refusal to provide coverage in accordance with the April 1, 2009 request of Plaintiff constitutes a breach of the insurance contract for which Plaintiff is entitled to a judgment for damages in an amount to be determined at trial, plus pre- and post-judgment interest, costs and attorneys' fees.

WHEREFORE, Plaintiff respectfully requests that judgment enter in his favor and against Defendant as follows:

(a) For an award of additional compensation under the insurance policy for Defendant's breach of contract, in amounts to be proven at trial;

(b) For pre- and post-judgment interest;

(c) For costs and attorneys' fees; and

(d) For such other and further relief as may be appropriate in the circumstances.

RESPECTFULLY SUBMITTED this 26th day of September, 2012.

NEILEY & ALDER

By /s/ *original signature on file at office of filing party*
Richard Y. Neiley, Jr., No. 9878
Attorneys for Plaintiff

**DEMAND FOR TRIAL BY JURY**

Plaintiff hereby demands that this action be tried to a jury of six(6).

/s/ *original signature on file at office of filing party*
Richard Y. Neiley, Jr., Attorney for Plaintiff

3