

**GRANTED** The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

Denise Lynch
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: Aug 08 2012 07:47AM MDT
Filing ID: 45778855
Review Clerk: Carolyn Jemison

DISTRICT COURT, PITKIN COUNTY, COLORADO
Court Address: 506 East Main Street, Aspen, CO 81611
(970) 925-7635

R. CHRIS LUX, Plaintiff,
v.
GREAT NORTHERN INSURANCE CO., a Minnesota corporation, Defendant.

Attorney:
Richard Y. Neiley, Jr.
Neiley & Alder, Attorneys
6800 Highway 82, Suite 1
Glenwood Springs, Colorado 81601
Telephone No.: (970) 928-9393
Fax No.: (970) 928-9399
E-mail: aspenlaw@neileyalder.com
Atty. Reg. #: 9878

▲ COURT USE ONLY ▲

Case Number: 2012 CV 87

Div: _____ Courtroom: _____

## ORDER REGARDING MOTION TO RETAIN

The Court, having reviewed Plaintiff's Motion to Retain and having otherwise apprised itself of the circumstances herein, hereby GRANTS said Motion and ORDERS that this matter shall be retained on the Court's docket, and that Plaintiff's counsel shall submit a status report to the Court if an answer or other responsive pleading has not been filed by the Defendant by September 7, 2012.

Dated this _____ day of _____, 2012.

PITKIN COUNTY DISTRICT COURT

By:_____
District Court Judge