**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02632-REB-KMT

R. CHRIS LUX,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE CO.,

    Defendant.

## ORDER TO PROVIDE COPY OF INSURANCE POLICY

**Blackburn, J.**

    This matter is before the court *sua sponte*. This case concerns an insurance coverage dispute. According to the defendant, Great Northern Insurance Co., the insurance policy at issue contains a provision that limits the time within which an insured, such as the plaintiff, may file suit against Great Northern. Great Northern relies on this provision in its first motion for summary judgment [#15][1].

    According to the plaintiff, R. Chris Lux, the provision on which Great Northern relies was not in the policy issued to him. In his affidavit in support of his response [#16] to Great Northern's first motion for summary judgment [#15], Mr. Lux states under oath that "I have reviewed the policy that was provided me by Defendant's agent. It does not, to the best of my knowledge, include a page Y-5, the "New York Policy Terms." *Affidavit of R. Chris Lux* [#16-1], ¶ 7.

---

[1] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

In an effort to streamline the inevitable determination of the policy terms applicable to this case, I direct Mr. Lux to file a copy of the relevant Great Northern insurance policy that he reviewed as described in his affidavit.  With a copy of the policy reviewed by Mr. Lux, the court can determine if there is a genuine issue of material fact concerning the policy terms applicable in this case.

**THEREFORE, IT IS ORDERED** that by November 6, 2013, the plaintiff, R. Chris Lux, **SHALL FILE** a copy of the Great Northern Insurance Company policy that he reviewed as described in the *Affidavit of R. Chris Lux* [#16-1], ¶ 7.

Dated October 25, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge