**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02632-REB-KMT

R. CHRIS LUX,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE CO.,

    Defendant.

**ORDER GRANTING STIPULATED MOTION TO VACATE ORDER
REGARDING MOTIONS FOR SUMMARY JUDGMENT**

**Blackburn, J.**

    This matter is before me on the **Stipulated Motion to Vacate Order Regarding Motions for Summary Judgment** [#42] filed November 26, 2013. I grant the motion.

    The motion is prompted by a preliminary settlement reached by the parties. They ask the court to vacate its **Order Denying Motions for Summary Judgment** [#40] filed November 19, 2013, as a precondition to a final settlement. Should no final settlement be reached by the parties, the court reserves the right and discretion to re-enter its **Order Denying Motions for Summary Judgment** [#40].

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the parties' **Stipulated Motion to Vacate Order Regarding Motions for Summary Judgment** [#42] filed November 26, 2013, is **GRANTED**; and

2

    2.  That the **Order Denying Motions for Summary Judgment** [#40] filed November 19, 2013, is **VACATED**.

    Dated November 26, 2013, at Denver, Colorado.

                                                             **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge