**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02632-REB-KMT

R. CHRIS LUX,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE CO.,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

The matter is before the court on **Stipulated Motion for Dismissal with Prejudice** [#44][1] filed by the parties on December 16, 2013.  Having reviewed the file and the record, I conclude that the stipulation should be approved and that the action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the  **Stipulated Motion for Dismissal with Prejudice** [#44] filed December 16, 2013, is **GRANTED**; and

2.  That this action is **DISMISSED** with prejudice with the parties to bear their own costs and attorney fees.

Dated December 19, 2013, at Denver, Colorado.

                                                                       **BY THE COURT:**

                                                                       Robert E. Blackburn
                                                                       United States District Judge

---

[1]  "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.